543 U.S. 900
 ANTUNEZ-PINEDA
v.
UNITED STATES;
RENTERIA-BARRIENTOS
v.
UNITED STATES;
MENA-MONTOYA
v.
UNITED STATES;
MARTINEZ-VENCES
v.
UNITED STATES;
SALGADO-DIAZ
v.
UNITED STATES; and
VELASQUEZ-MEZA
v.
UNITED STATES.
 No. 04-5454.
 Supreme Court of United States.
 October 4, 2004.
 
 1
 C. A. 5th Cir. Certiorari denied. Reported below: 95 Fed. Appx. 568 (fourth judgment), 592 (first judgment), 617 (fifth judgment), 682 (sixth judgment), 683 (second judgment), and 688 (third judgment).